IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00655 JF (PVT) |
| Plaintiff, | [PROPOSED] **ORDER** CONTINUING THE STATUS HEARING |
| vs. | |
| ROSALIO LOPEZ-PEREZ, | |
| Defendants. | |

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, October 28, 2010, shall be continued to Thursday, November 4, 2010, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between October 28, 2010, and November 4, 2010, would unreasonably deny the defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between October 28, 2010, and November 4, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

ORDER to Continue Status Hearing
No. CR 10-00655-JF                 1

1    THEREFORE, IT IS HEREBY ORDERED that the time between October 28, 2010, and
2 November 4, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
3 3161(h)(7)(A) and (B)(iv).
4    IT IS SO ORDERED.
5 Dated: 11/3/10

_____
6 HONORABLE JEREMY FOGEL
United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26