1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant LOPEZ-PEREZ

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,          )     No. CR-10-00655 JF
                                       )
12              Plaintiff,             )     STIPULATION AND [PROPOSED]
                                       )     ORDER CONTINUING HEARING AND
13  vs.                                )     EXCLUDING TIME UNDER THE SPEEDY
                                       )     TRIAL ACT
14  ROSALIO LOPEZ-PEREZ,               )
                                       )
15              Defendant.             )
    _____  )

16

17                            **STIPULATION**

18       Defendant Rosalio Lopez-Perez, by and through Assistant Federal Public Defender

19  Nicholas P. Humy, and the United States, by and through Special Assistant United States

20  Attorney Bradley D. Price, hereby stipulate that, subject to the Court's approval, the hearing set

21  for Thursday, November 4, 2010, at 9:00 a.m., shall be continued to Thursday, December 2,

22  2010, at 9:00 a.m.

23       The reason for the requested continuance is that defense counsel will be unavailable on

24  November 4, 2010, due to illness; November 11th and November 25th are both federal holidays;

25  and defense counsel will be unavailable on November 18th due to his medical treatment

26  schedule.

1     The parties agree that the time between November 4, 2010, and December 2, 2010, is

2  excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of

3  counsel and effective preparation by defense counsel.

4     IT IS SO STIPULATED.

5
Dated:  November 2, 2010

6

7                                   _____/s/_____
                                    NICHOLAS P. HUMY
                                    Assistant Federal Public Defender
8

9  Dated:  November 2, 2010

10                                  _____/s/_____
                                    BRADLEY D. PRICE
11                                  Special Assistant United States Attorney

12

13                         [PROPOSED] **ORDER**

14     GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

15  ORDERED that the hearing currently set for Thursday, November 4, 2010, shall be continued to

16  Thursday, December 2, 2010, at 9:00 a.m.

17     THE COURT FINDS that failing to exclude the time between November 4, 2010, and

18  December 2, 2010, would unreasonably deny the defendant's continuity of counsel, and would

19  unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

20  account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

21     THE COURT FURTHER FINDS that the ends of justice served by excluding the time

22  between November 4, 2010, and December 2, 2010, from computation under the Speedy Trial

23  Act outweigh the interests of the public and the defendant in a speedy trial.

24  ///

25  ///

26  ///

Stipulation and [Proposed] Order
No. CR 10-00655 JF                            2

1          THEREFORE, IT IS HEREBY ORDERED that the time between November 4, 2010, and

2    December 2, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

3    3161(h)(7)(A) and (B)(iv).

4          IT IS SO ORDERED.

5    Dated: 11/4/10

6
                                                    /s/
7                                          _____
                                           THE HONORABLE JEREMY FOGEL
                                           United States District Court
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order
No. CR 10-00655 JF                         3