BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant LOPEZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00655 JF |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING HEARING AND |
| vs. | ) | EXCLUDING TIME UNDER THE SPEEDY |
| | ) | TRIAL ACT |
| ROSALIO LOPEZ-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION

Defendant Rosalio Lopez-Perez, by and through Counsel, and the United States, by and through Counsel, hereby stipulate that, subject to the Court's approval, the hearing set for Thursday, December 2, 2010, at 9:00 a.m., shall be continued to Thursday, December 9, 2010, at 9:00 a.m.

The reason for the requested continuance is that both counsel are involved in trial in another matter and the defense requires additional time for investigation and preparation.

The parties agree that the time between December 2, 2010, and December 9, 2010, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of counsel and effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated:  November 29, 2010

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated:  November 29, 2010

_____/s/_____
BRADLEY D. PRICE
Special Assistant United States Attorney

## [~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, December 2, 2010, shall be continued to Thursday, December 9, 2010, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between December 2, 2010, and December 9, 2010, would unreasonably deny the defendant's continuity of counsel, and would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between December 2, 2010, and December 9, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

///
///
///
///
///
///

1   THEREFORE, IT IS HEREBY ORDERED that the time between December 2, 2010, and
2   December 9, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §
3   3161(h)(7)(A) and (B)(iv).
4   IT IS SO ORDERED.
5   Dated: 12/1/10

_____
THE HONORABLE JEREMY FOGEL
United States District Court

Stipulation and [Proposed] Order
No. CR 10-00655 JF                         3